## SNOW v. DICK & KIRKMAN

No. 294P85.

Case below: 74 N.C. App. 263.

Petition by defendants for discretionary review under G.S. 7A-31 denied 3 July 1985.

## STATE v. BARNES

No. 375P85.

Case below: 75 N.C. App. 360.

Petitions by Attorney General for discretionary review under G.S. 7A-31 and for writ of supersedeas denied 3 July 1985.

## STATE v. BARRANCO

No. 247P85.

Case below: 73 N.C. App. 502.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 3 July 1985. Notice of Appeal under G.S. 7A-30 dismissed 3 July 1985.

## STATE v. BURGESS

No. 178P85.

Case below: 73 N.C. App. 179.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 3 July 1985.

## STATE v. COATS

No. 272P85.

Case below: 74 N.C. App. 110.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 18 July 1985.